UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CASE NO. CR14-257-RAJ |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | DETENTION ORDER |
| RICHARD HOUNSELL, ) | |
| ) | |
| Defendant. ) | |
| ) | |

<u>Offense charged</u>:    Felon in Possession of a Firearm – Armed Career Criminal; Felon in Possession of Ammunition – Armed Career Criminal

<u>Date of Detention Hearing</u>:    September 9, 2014.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

/ / /

DETENTION ORDER
PAGE -1

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. The offenses for which defendant has been indicted carry mandatory minimum terms of fifteen years. Defendant has a lengthy criminal record with multiple failures to appear, resulting in bench warrants as recently as May of this year.

2. Defendant is currently unemployed and essentially homeless. His residential and work histories are fragmented and sporadic. There is indication of a history of substance abuse.

3. Defendant poses a risk of nonappearance due to residential history, work history, numerous failures to appear, bench warrant activity and substance abuse. Defendant poses a risk of danger due to criminal history and the nature of the instant offenses.

4. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection

DETENTION ORDER
PAGE -2

with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Pretrial Services Officer.

DATED this 10th day of September, 2014.

Mary Alice Theiler
Chief United States Magistrate Judge

DETENTION ORDER
PAGE -3