JUDGE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR14-00257RAJ |
| Plaintiff, | |
| v. | ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL AND PRETRIAL MOTIONS DATES |
| RICHARD HOUNSELL, | |
| Defendant. | |

THE COURT has considered the unopposed motion by the defense for a continuance of the trial and the pretrial motions dates. The Court finds that the ends of justice will be served by ordering a continuance in this case, that a continuance is necessary to ensure adequate time for effective case preparation, and that these factors outweigh the best interests of the public and the defendant in a speedy trial.

THE COURT further finds that the period of time from the date of this order through the new trial date of February 2, 2015, shall be excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161 *et seq*.

///

///

///

ORDER GRANTING UNOPPOSED MOTION
TO CONTINUE TRIAL DATE AND
PRETRIAL MOTIONS DUE DATE - 1
(*Richard Hounsell*; CR14-00257RAJ)

FEDERAL PUBLIC DEFENDER
1601 Fifth Ave., Suite 700
Seattle, Washington 98101
(206) 553-1100

1  IT IS THEREFORE ORDERED that the trial date in this matter is continued to
2  February 2, 2015. All pretrial motions, including motions in limine, shall be filed no
3  later than January 5, 2015.

4  DATED this 1st day of October, 2014.

*Richard A. Jones* (signature)

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING UNOPPOSED MOTION
TO CONTINUE TRIAL DATE AND
PRETRIAL MOTIONS DUE DATE - 2
(*Richard Hounsell*; CR14-00257RAJ)

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Ave., Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**